# UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE NYC BUS TOUR ANTITRUST LITIGATION | Master Case File No. 13-CV-0711 (ALC)(GWG) RELATED TO ALL CASES<br><br>**ECF Case**<br><br>**JURY TRIAL DEMANDED** |

## DECLARATION OF ARUN SUBRAMANIAN
## IN FURTHER SUPPORT OF CLASS CERTIFICATION

I, Arun Subramanian, declare as follows:

1. I am a partner with Susman Godfrey L.L.P., counsel to Plaintiffs Natasha Bhandari and Tracey L. Nobel. I have personal knowledge of the facts and statements herein.

2. Attached as Exhibit 1 to this declaration is a true and correct copy of excerpts from the transcript of the deposition of Natasha Bhandari, taken on December 6, 2013.

3. Attached as Exhibit 2 to this declaration is a true and correct copy of excerpts from the transcript of the deposition of Tracey L. Nobel, taken on December 6, 2013.

4. Attached as Exhibit 3 to this declaration is a true and correct copy of excerpts from the transcript of the deposition of Alan Vasquez, taken on December 10, 2013.

5. Attached as Exhibit 4 to this declaration is a true and correct copy of excerpts from the transcript of the deposition of John J. Johnson, IV, taken on February 18, 2014.

6. Attached as Exhibit 5 to this declaration is a true and correct copy of a document produced in this litigation bearing production number COACH_DOJ_00042720.

7. Attached as Exhibit 6 to this declaration is a true and correct copy of a document produced in this litigation bearing production number COACH_DOJ_0044792.

8.  Attached as Exhibit 7 to this declaration is a true and correct copy of a document produced in this litigation bearing production number TWIN0021801.

9.  Attached as Exhibit 8 to this declaration is a true and correct copy of excerpts from the transcript of the deposition of Hal J. Singer, Ph.D., taken on December 2, 2013.

10. Attached as Exhibit 9 to this declaration is a true and correct copy of a document produced in this litigation bearing production number TWIN0044945.

11. Attached as Exhibit 10 to this declaration is a true and correct copy of a document produced in this litigation bearing production number TWIN0029348.

12. Attached as Exhibit 11 to this declaration is a true and correct copy of excerpts from the transcript of the deposition of Frank Raggo, taken on January 14, 2014.

13. Attached as Exhibit 12 to this declaration is a true and correct copy of a document produced in this litigation bearing production number COACH_DOJ_00015116.

14. Attached as Exhibit 13 to this declaration is a true and correct copy of a document produced in this litigation bearing production number COACH_DOJ_00007934.

I declare, under penalty of perjury, that the foregoing is true and correct.

DATED: February 21, 2014

Respectfully submitted,

Arun Subramanian

3067341v1/013576