UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE NYC BUS TOUR ANTITRUST LITIGATION | Master Case File No. 13-CV-0711 (ALC)(GWG)<br>**RELATED TO ALL CASES**<br><br>ECF Case<br><br>**JURY TRIAL DEMANDED** |

**PLAINTIFFS' MOTION FOR FINAL APPROVAL
OF SETTLEMENT WITH DEFENDANTS**

PLEASE TAKE NOTICE that pursuant to Federal Rule of Civil Procedure 23(e) and this Court's Order Preliminarily Approving Class Action Settlement of June 16, 2014 (Dkt. No. 107), Plaintiffs Natasha Bhandari and Tracey L. Nobel, individually and on behalf of the Class in this action, through their undersigned counsel, will and do hereby move this Court on October 20th, 2014, at 10:00 a.m. before the Honorable Andrew L. Carter Jr. in the United States District Court for the Southern District of New York, Thurgood Marshall United States Courthouse, 40 Foley Square New York, NY 10007, or at such other location and time as set by the Court, for entry of Final Judgment approving the proposed Settlement as fair, reasonable and adequate, and for entry of an Order approving the proposed Plan of Allocation as fair and reasonable.

This Motion is supported by the Settlement Agreement; Plaintiffs' Memorandum of Law in Support of Motion for Final Approval of Settlement With Defendants, submitted herewith; the Declaration of William Christopher Carmody, submitted herewith; the Declaration of Shannon R. Wheatman, Ph.D., submitted herewith; the Declaration of Daniel Coggeshall,

submitted herewith; all pleadings filed in this case; and such additional evidence or argument as may be presented to the Court.  This Motion is uncontested by Defendants.

DATED: August 15, 2014			Respectfully submitted,

       */s/ William Christopher Carmody*
William Christopher Carmody (WC8478)
Arun Subramanian (AS2096)
Seth Ard (SA1817)
Mark Howard Hatch-Miller (MH4981)
Megan O'Hara Easley (ME7715)
SUSMAN GODFREY L.L.P.
560 Lexington Avenue, 15th Floor
New York, New York  10022-6828
Phone:  (212) 336-8330
Fax:  (212) 336-8340
Email:  bcarmody@susmangodfrey.com
       asubramanian@susmangodfrey.com
       sard@susmangodfrey.com
       mhatch-miller@susmangodfrey.com
       measley@susmangodfrey.com

Drew D. Hansen (*pro hac vice*)
SUSMAN GODFREY L.L.P.
1201 Third Avenue, Suite 3800
Seattle, Washington 98101-3000
Phone:  (206) 373-7384
Fax:  (206) 516-3883
Email:  dhansen@susmangodfrey.com

## CERTIFICATE OF SERVICE

On August 15, 2014, I caused copies of Plaintiffs' Motion For Final Approval of Settlement with Defendants to be served on all counsel of record via PACER.


DATED: New York, New York          */s/ William Christopher Carmody*
        August 15, 2014                   William Christopher Carmody