UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x

In re NYC BUS TOUR ANTITRUST
LITIGATION                                          1:13-cv-00711 (ALC) (GWG)

           Related to:   ALL CASES           **ORDER**

-----------------------------------------------------------x

ANDREW L. CARTER, JR., United States District Judge:

    In light of the parties' recent Motion for Settlement (ECF No. 110), the following motions are DENIED as moot:

(1) Motion to Certify Class (ECF No. 70);

(2) Motion to Seal Redacted Portions of Defendants' Opposition to Plaintiffs' Motion for Class Certification (ECF No. 89);

(3) Amended Motion to Seal Redacted Portions of Defendants' Opposition to Plaintiffs' Motion for Class Certification (ECF No. 92);

(4) Motion to Seal Pltfs' Reply Memo IFSO Class Cert and Supporting Documents (ECF No. 96).

SO ORDERED.

Dated:   August 19, 2014
       New York, New York
                                    **ANDREW L. CARTER, JR.**
                                    **United States District Judge**