SUSMAN GODFREY L.L.P.
A REGISTERED LIMITED LIABILITY PARTNERSHIP
15TH FLOOR
560 LEXINGTON AVENUE
NEW YORK, NEW YORK 10022-6828
(212) 336-8330
FAX (212) 336-8340
WWW.SUSMANGODFREY.COM

| SUITE 5100 | SUITE 5100 | SUITE 950 | SUITE 3800 |
| --- | --- | --- | --- |
| 1000 LOUISIANA STREET | 901 MAIN STREET | 1901 AVENUE OF THE STARS | 1201 THIRD AVENUE |
| HOUSTON, TEXAS 77002-5096 | DALLAS, TEXAS 75202-3775 | LOS ANGELES, CALIFORNIA 90067-6029 | SEATTLE, WASHINGTON 98101-3000 |
| (713) 651-9366 | (214) 754-1900 | (310) 789-3100 | (206) 516-3880 |

MEGAN O'HARA EASLEY
DIRECT DIAL (212) 729-2006

E-MAIL MEASLEY@SUSMANGODFREY.COM

August 26, 2014

Honorable Andrew L. Carter, Jr.
United States District Judge
United States District Court
for the Southern District of New York
Thurgood Marshall U.S. Courthouse
40 Foley Square, Courtroom 1306
New York, New York 10007

Re:   Master Case File No. 13-CV-0711 (ALC)(GWG), *In re NYC Bus Tour Antitrust Litigation*, U.S. District Court for the Southern District of New York

Dear Judge Carter:

Plaintiffs write to inform Your Honor that in compliance with paragraph 15 of the Order Preliminarily Approving Class Action Settlement (Dkt. # 107), Class Counsel filed an affidavit from Shannon R. Wheatman with Plaintiffs' Motion for Final Approval of Settlement with Defendants (Dkt. # 113). The mailing of the Notice was made under Ms. Wheatman's general direction, and Ms. Wheatman's affidavit shows that Notice was made in accordance with this Court's Order.

Sincerely,

Megan O'Hara Easley

cc:   All counsel of record via email