SUSMAN GODFREY L.L.P.

A REGISTERED LIMITED LIABILITY PARTNERSHIP

15TH FLOOR
560 LEXINGTON AVENUE
NEW YORK, NEW YORK 10022-6828
(212) 336-8330
FAX (212) 336-8340
WWW.SUSMANGODFREY.COM

| SUITE 5100 | SUITE 5100 | SUITE 950 | SUITE 3800 |
| 1000 LOUISIANA STREET | 901 MAIN STREET | 1901 AVENUE OF THE STARS | 1201 THIRD AVENUE |
| HOUSTON, TEXAS 77002-5096 | DALLAS, TEXAS 75202-3775 | LOS ANGELES, CALIFORNIA 90067-6029 | SEATTLE, WASHINGTON 98101-3000 |
| (713) 651-9366 | (214) 754-1900 | (310) 789-3100 | (206) 516-3880 |

WILLIAM CHRISTOPHER CARMODY
DIRECT DIAL (212) 336-8334

E-MAIL BCARMODY@SUSMANGODFREY.COM

October 13, 2014

VIA ECF AND EMAIL

Hon. Andrew L. Carter, Jr.
United States District Court
Southern District of New York
40 Foley Square, Room 435
New York, New York 10007
ALCarterNYSDChambers@nysd.uscourts.gov

Re:     *In re NYC Bus Tour Antitrust Litigation*, No. 13-cv-0711

Dear Judge Carter:

    We write on behalf of Class Plaintiffs to provide the Court with a status update in advance of the final approval hearing, scheduled for October 20, 2014. As set forth in the mailing and notice declarations submitted today and previously (Dkts. 113 & 114), after the Court preliminarily approved the Settlement on June 16, 2014 (Dkt. 107), the Notice and Claims Administrator implemented the notice program, sending over 350,000 notices directly to potential Class Members and publishing notices in a wide array of print and online media, reaching an estimated 80% of the group most likely to contain U.S. class members. The deadline for filing objections to the Settlement and requesting exclusion from the Settlement Class was September 5, 2014. With that deadline passed, Class Counsel can now report:

- No class members objected to the Settlement or Fee Application;

- Only 4 class members requested exclusion from the Class;

- Although the deadline for filing Claim Forms is not until January 19, 2015, Class members have already submitted 67,439 Claim Forms representing a total of 186,337 tickets or over $3.7 million in claims.

October 13, 2014
Page 2

The attached Supplemental Declaration of Milan Mader provides the Court with updated information on mailings and the receipt of requests for exclusion, objections and Claim Forms. We are also attaching updated proposed orders for final approval of the Settlement and for the Fee Application, which account for changes in exclusion requests and notice costs since the time when the previous proposed orders were submitted.

Thank you for your continued consideration of these matters.

Respectfully,

William Christopher Carmody

cc:     Counsel of Record for Defendants via ECF and E-Mail